IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al.<br><br>        Plaintiff,<br>v.<br><br>ELKINS PAINTING & WALLCOVERING COMPANY, INC.<br>  d/b/a Elkins Painting & Wallcovering | )<br>)<br>)<br>)  CIVIL ACTION NO. 08-00508(JDB)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF RETURN OF SERVICE

**TO THE CLERK:**

    Please enter the Return of Service attached to this notice.

| | |
|---|---|
| **Name of Party Served:** | Elkins Painting & Wallcovering Company, Inc. d/b/a Elkins Painting & Wallcovering |
| **Date of Service:** | April 15, 2008 |
| **Location of Service:** | 111-B Carpenter Drive<br>Sterling, VA 20164 |

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.

                BY: /s Kent G. Cprek
                      KENT G. CPREK
                      D.C. Bar No. 478231
                      510 Walnut Street, Independence Square
                      Philadelphia, PA 19106-3683
                      (215) 351-0615

                Counsel for Plaintiff

Dated: May 6, 2008

195753-1

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of District of Columbia

Case Number: 1:08-CV-00508

Plaintiff:
**International Painters, et al.**

vs.

Defendant:
**Elkins Painting & Wallcovering Company, Inc. d/b/a Elkins Painting & Wallcovering**

Received by InfoNation, Inc. formally ALIASS on the 15th day of April, 2008 at 2:59 pm to be served on **Elkins Painting & Wallcovering Company, Inc. d/b/a Elkins Painting & Wallcovering, 111-B Carpenter Drive, Sterling, VA 20164.**

I, Glorismel Portillo, being duly sworn, depose and say that on the **18th day of April, 2008 at 3:35 pm, I:**

served a CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL CASE, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE, INITIAL ELECTRONIC CASE FILING ORDER, ATTORNEY/PARTICIPANT REGISTRATION FORM and COMPLAINT WITH EXHIBITS** to: **Shirley Ours as Office Manager for Elkins Painting & Wallcovering Company, Inc.**, at the address of: **111-B Carpenter Drive, Sterling, VA 20164**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40s, Sex: F, Race/Skin Color: W, Height: 5'6, Weight: 140, Hair: BLND, Glasses: Y

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

STATE OF VIRGINIA

COUNTY OF FAIRFAX

Subscribed and Sworn to before me on the 21st day of April, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires: 08/31/08

Notary Registration Number:

Glorismel Portillo

InfoNation, Inc. formally ALIASS
10560 Main Street
Suite 405
Fairfax, VA 22030
(703) 934-6777
Our Job Serial Number: 2008001183

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

ELKINS PAINTING & WALLCOVERING
COMPANY, INC.
d/b/a Elkins Painting and Wallcovering

CASE

Case: 1:08-cv-00508
Assigned To : Bates, John D.
Assign. Date : 3/24/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

ELKINS PAINTING & WALLCOVERING
COMPANY, INC.
d/b/a Elkins Painting and Wallcovering
111-B Carpenter Drive
Sterling, VA 20164

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON    MAR 2 4 2008
CLERK                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    G  Other (specify): _____

    _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                  Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.