## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND, et al. )
                                     )
                Plaintiff, )     CIVIL ACTION NO. 08-00508(JDB)
    v. )
                                       )
ELKINS PAINTING & WALLCOVERING )
COMPANY, INC. )
   d/b/a Elkins Painting & Wallcovering )
                                       )
                Defendant )

## STIPULATION FOR EXTENSION OF TIME

It is hereby STIPULATED and AGREED by and between James J. Gross, Esquire,

attorney for Defendant, Elkins Painting & Wallcovering Company, Inc. d/b/a Elkins Painting &

Wallcovering and Kent Cprek, Esquire, attorney for Plaintiffs, International Painters and Allied

Trades Industry Pension Fund, et al., that Defendant is granted a thirty (30) day extension of time

in which to Answer Plaintiffs' Complaint in the above-captioned matter.  Defendants' Answer is

due on or before June 9, 2008.

JENNINGS SIGMOND, P.C.                THYDEN, GROSS & CALLAHAN, LLP

BY: _____       BY: _____
     KENT G. CPREK                       James J. Gross
     D.C. Bar No. 47823J                 D.C. Bar No. 232090
     510 Walnut Street, Independence Square     4601 Willard Avenue
     Philadelphia, PA 19106-3683            Chevy Chase, MD  20815
     (215) 351-0615                           (301) 907-4580

     Counsel for Plaintiff                   Counsel for Defendant

Dated: 5/8/08                             Dated: 5/8/08