IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND, et al. ) <br> ) <br>   Plaintiff, ) <br> v.  ) <br> ) <br> ELKINS PAINTING & WALLCOVERING ) <br> COMPANY, INC. ) <br>   d/b/a Elkins Painting & Wallcovering ) <br> ) <br>   Defendant ) | CIVIL ACTION NO. 08-00508(JDB) |

## STIPULATION FOR EXTENSION OF TIME

It is hereby STIPULATED and AGREED by and between James J. Gross, Esquire, attorney for Defendant, Elkins Painting & Wallcovering Company, Inc. d/b/a Elkins Painting & Wallcovering and Kent Cprek, Esquire, attorney for Plaintiffs, International Painters and Allied Trades Industry Pension Fund, et al., that Defendant is granted a thirty (30) day extension of time in which to Answer Plaintiffs' Complaint in the above-captioned matter. Defendants' Answer is due on or before July 9, 2008.

JENNINGS SIGMOND, P.C.

BY: _____
KENT G. CPREK
D.C. Bar No. 478231
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615

Counsel for Plaintiff

Dated: 6/9/08

THYDEN, GROSS & CALLAHAN, LLP

BY: _____
James J. Gross
D.C. Bar No. 232090
4601 Willard Avenue
Chevy Chase, MD 20815
(301) 907-4580

Counsel for Defendant

Dated: 6/9/08

196561-1