IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al. ) ) ) | |
| Plaintiff,  ) | CIVIL ACTION NO. 08-00508(JDB) |
| v.  ) ) | |
| ELKINS PAINTING & WALLCOVERING COMPANY, INC.  ) ) | |
| d/b/a Elkins Painting & Wallcovering  ) ) | |
| Defendant  ) | |

NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)
OF THE FEDERAL RULES OF CIVIL PROCEDURE

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as to the Defendant as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/   Kent G. Cprek
KENT G. CPREK, ESQUIRE
(BAR NO. 478231)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615
Attorney for the Fund

Date: June 24, 2008

OF COUNSEL:

JUDITH SZNYTER, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, 16th Floor
Philadelphia, PA 19106
(215) 351-0641

197001-1

## CERTIFICATE OF SERVICE

I, Kent G. Cprek, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the addressed below:

THYDEN, GROSS & CALLAHAN, LLP
Attn: James J. Gross
D.C. Bar No. 232090
4601 Willard Avenue
Chevy Chase, MD  20815
(301) 907-4580

Counsel for Defendant

Date: <u>June 24, 2008</u>                             /s/   <u>Kent G. Cprek</u>
                                                     KENT G. CPREK, ESQUIRE

196146-1